# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02642-LTB-MEH

DONALD CARL McCRANEY,

    Plaintiff,

v.

THE CITY OF AURORA,

    Defendant.

___

**ORDER**
___

This case is before me on the recommendation of the Magistrate Judge issued and served on May 19, 2008 (Doc 36). Plaintiff has failed to file specific written objections to the Magistrate Judge's recommendation and is therefore barred from *de novo* review. Accordingly, it is

ORDERED that the recommendation is accepted and this action is DISMISSED WITHOUT PREJUDICE.

    BY THE COURT:

    s/Lewis T. Babcock
    Lewis T. Babcock, Judge

DATED: June 9, 2008